NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

WCA 21-51

MARY POUSSON

VERSUS

COX, COX, FILO, CAMEL & WILSON, LLC

**********

APPEAL FROM THE
OFFICE OF WORKERS' COMPENSATION - # 3
PARISH OF CALCASIEU, NO. 19-00432
SAM L. LOWERY, WORKERS COMPENSATION JUDGE

**********

JOHN D. SAUDERS

JUDGE

**********

Court composed of John D. Saunders, Van H. Kyzar, and Charles G. Fitzgerald, Judges.

ANSWER TO APPEAL DISMISSED.

**Gregory Edgar Bodin**
**Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.**
**450 Laurel Street, 21st Floor**
**Baton Rouge, LA 70801**
**(225) 381-7000**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Louisiana Workers Compensation Corporation**

**Richard Bray Williams**
**Williams Family Law Firm, L.L.C**
**162 Jefferson Street**
**Natchitoches, LA 71457**
**(318) 352-6695**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
    **Mary Pousson**

**Ted Williams**
**Attorney at Law**
**212 Laurel Street**
**Baton Rouge, LA 70801**
**(225) 231-0858**
**COUNSEL FOR DEFENDANT/APPELLEE:**
    **Cox, Cox, Filo, Camel & Wilson, L.L.C.**

**SAUNDERS, Judge.**

Plaintiff-Appellee, Mary Pousson, has answered this now-dismissed appeal. On April 13, 2021, we ordered Ms. Pousson to show cause, no later than April 28, 2021, by brief only, why her answer to the appeal should not be dismissed due to the dismissal of the appeal by Defendant-Appellant, Louisiana Workers' Compensation Corporation (LWCC). Plaintiff did not respond to the rule. For the reasons that follow, we dismiss the answer.

Ms. Pousson filed a Disputed Claim for Compensation on January 18, 2019, naming as Defendants her employer, Cox, Cox Filo, Camel and Wilson, LLC, and her employer's workers' compensation insurer, LWCC. A trial on the merits was held on February 12, 2020. The Office of Workers' Compensation court rendered judgment in favor or Plaintiff, finding, in part, that her severe ocular surface disease is a compensable occupational disease and that she is entitled to workers' compensation wage indemnity and medical benefits.

LWCC filed a Motion and Order for Suspensive Appeal on November 6, 2020, and the motion was granted on November 9, 2021. After the appeal was lodged in this court, Ms. Pousson filed an answer to the appeal on February 2, 2021. On April 9, LWCC moved to dismiss the appeal with prejudice which was granted. Since the underlying appeal has been dismissed, we hereby dismiss the answer to the appeal filed by Ms. Pousson.

**ANSWER TO APPEAL DISMISSED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Uniform Rules—Courts of Appeal, Rule 2-16.3.